IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr39-SPM/AK

DOUGLAS KENNETH CROSS, JR.,

          Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

          Pursuant to the Report and Recommendation of the United States
Magistrate Judge, to which there have been no timely objections, and subject to
the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.
11(e)(2), the plea of guilty of the defendant, DOUGLAS KENNETH CROSS, JR.,
to Counts One and Ten of the second superseding indictment is hereby
ACCEPTED.  All parties shall appear before this Court for sentencing as
directed.

          DONE AND ORDERED this 26th day of April, 2006.

          _s/ Stephan P. Mickle_____

          Stephan P. Mickle
          United States District Judge