IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:05cr39-SPM

DOUGLAS KENNETH CROSS, JR, et al.,

      Defendants.
_____/

## ORDER CONTINUING SENTENCING HEARINGS
## FOR DEFENDANTS CROSS, VAUGHN, AND RAYMOND

Defendants Cross, Vaughn, and Raymond are currently scheduled for sentencing on August 14, 2006. Defendants Vaughn and Raymond, however, have additional charges pending in case number 1:06cr20, which was transferred to this district from the Eastern District of North Carolina. It is the Court's understanding that another case involving Cross, Vaughn, and Raymond is in the process of being transferred to this district from Georgia. These additional cases will not be in a posture for sentencing by August 14, 2006. To allow for a consolidated sentencing hearing to resolve all of their pending charges, it is

ORDERED AND ADJUDGED:

1. The sentencing hearings for Defendants Cross, Vaughn, and Raymond are continued to 1:30 p.m. on October 3, 2006.

2. The sentencing hearings for Defendants Mangaroo, Johnson, and

Mothersill will proceed as scheduled at 1:30 p.m. on August 14, 2006.

      3.    If a sentencing presentation is anticipated to last longer than 30 minutes, counsel shall immediately notify the courtroom deputy and shall also file, not less than 10 days before sentencing, a memorandum covering all legal issues that will be argued and a list of witnesses to be presented, if any, with a brief description of the testimony and an estimate of time for each witness. Counsel shall place reasonable limits on the length of their presentations.

      DONE AND ORDERED this 27th day of July, 2006.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge