IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO.:   1:05cr39-SPM
                                                              1:06cr20-SPM
DOUGLAS KENNETH CROSS, JR, et al.,                            1:06cr26-SPM

       Defendants.
_____/

**ORDER RESETTING SENTENCING HEARINGS
FOR DEFENDANTS CROSS, VAUGHN, RAYMOND, AND RAINEY**

To allow for fair and efficient sentencing hearings on all pending charges,

IT IS ORDERED:

    1.    The sentencing hearings for Defendants Cross, Vaughn, Raymond, and Rainey are all hereby set for 1:30 p.m. on December 11, 2006.

    2.    If a sentencing presentation is anticipated to last longer than 30 minutes, counsel shall immediately notify the courtroom deputy and shall also file, not less than 10 days before sentencing, a memorandum covering all legal issues that will be argued and a list of witnesses to be presented, if any, with a brief description of the testimony and an estimate of time for each witness. Counsel shall place reasonable limits on the length of their presentations.

DONE AND ORDERED this 19th day of September, 2006.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge