IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.:   1:05cr39-SPM
                                                                                            1:06cr20-SPM
DOUGLAS KENNETH CROSS, JR, et al.,                            1:06cr26-SPM

       Defendants.
_____/

**ORDER RESETTING SENTENCING HEARINGS**
**FOR DEFENDANTS CROSS, VAUGHN, RAYMOND, AND RAINEY**

Upon consideration of the Government's Motion for Definitive Sentencing Schedule (doc. 280), the Government's Notice of Sentencing Presentation (doc. 303), and the preliminary time estimates stated by counsel for Defendants,

IT IS ORDERED:

1. The Government's Motion for Definitive Sentencing Schedule (doc. 280) is granted. The sentencing hearings for Defendants Cross, Vaughn, Raymond, and Rainey are reset for 9:30 a.m. on Thursday, December 14, 2006.

2. Counsel are reminded of the Court's previous order (doc. 278) to file, at least ten days before sentencing, a written memorandum for any sentencing presentation that is anticipated to last longer than 30 minutes.

DONE AND ORDERED this 22nd day of November, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge