IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:05cr39-SPM/AK

DOUGLAS KENNETH CROSS, JR.,

    Defendant.
_____/

### ORDER ON DEFENDANT'S NOTICE OF SENTENCING PRESENTATION

This cause comes before the Court for review of Defendant's Notice of Sentencing Presentation (doc. 306). To facilitate a fair and orderly sentencing process, the Court finds that Defendant should limit the number of testifying character witnesses to four. Defendant may submit written statements from any additional character witnesses. Such statements should be filed on or before December 11, 2006.

SO ORDERED this 1st day of December, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge