IN THE UNITED STATES DISTRICT COURT
FIR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.:   1:05cr39-SPM
                                                            1:06cr26-SPM

DOUGLAS KENNETH CROSS,

              Defendant.
_____/

## ORDER DENYING RULE 60(B) MOTION

This cause comes before the Court on Defendant Douglas Kenneth

Cross's Rule 60(b) motion for relief from judgment based on newly discovered

evidence (doc. 441).  Rule 60(b) is a rule of civil procedure that does not apply to

criminal cases.  United States v. Potts, No. 07-14599, 2008 WL 4898438 (11th

Cir. Nov. 14, 2008).  Under Rule 60(b), the Court lacks jurisdiction to grant

Defendant relief from the from the judgment entered in his criminal case.

Accordingly, it is

ORDERED AND ADJUDGED that Defendant Cross's motion (doc. 441) is

denied.

DONE AND ORDERED this 25th day of November, 2008.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge