IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.:   1:05cr39-SPM
                                                        1:06cr26-SPM

DOUGLAS KENNETH CROSS,

       Defendant.
_____/

## ORDER DENYING MOTION FOR WRIT AUDITA QUERELA

This cause comes before the Court on Defendant Douglas Kenneth
Cross, Jr.'s motion for writ audita querela (doc. 443).  A motion under 28 U.S.C.
§ 2255 is the proper avenue of relief for a federal prisoner to raise a
constitutional challenge to his conviction and sentence.  United States v. Holt,
417 F.3d 1172, 1175 (11th Cir. 2005).  The writ of audita querela cannot be used
as a substitute.  Id.

The Court will not treat Cross's motion as a motion under § 2255 because
it does not appear that the motion has merit.  Cross's case is not analogous to
United States v. Whitley , 529 F.3d 150 (2d Cir. 2008) because Cross was not
subject to a greater minimum sentence on his non-§ 924 charges.  Furthermore,
more than one year has passed since Cross's judgment of conviction became

final and it does not appear that the claim is cognizable under § 2255(f)(3).

Accordingly, it is

ORDERED AND ADJUDGED that Cross's motion for writ audita querela

(doc. 443) is denied.

DONE AND ORDERED this 29th day of January, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge